Opinion issued November 17, 2011.

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00048-CV

———————————

C & G
hot shot service, llc and roadrunner freight corp., Appellants

V.

carl
cotright and tamekia cotright, Appellees



 



 

On Appeal from the 61st District Court 

Harris County, Texas



Trial Court Cause No. 2008-31419

 



MEMORANDUM OPINION

Appellants have filed an unopposed motion to dismiss
the appeal.  No opinion has issued.  Accordingly, we grant the motion and dismiss
the appeal.  See Tex. R. App. P. 42.1(a)(1).

We dismiss all other pending motions as moot.  We direct the Clerk to issue the mandate
within 10 days of the date of this opinion. 
See Tex. R. App. P. 18.1.

PER CURIAM

Panel
consists of Justices Keyes, Higley, and Massengale.